Case: 1:12-cr-221
Assigned To : Judge Ellen S. Huvelle
Assign. Date : 10/18/2012
Description: Rule 20 Transfer In
Case Related To: 09-cr-305 (ESH)

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

OCT 04 2012

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

**FILED**

OCT 18 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

In the United States District Court

for the Northern DISTRICT OF Georgia

UNITED STATES OF AMERICA
V.
Vladislav Horohorin

CRIMINAL NUMBER: 1:09-491-SCJ-LTW-9

Consent to Transfer of Case for Plea
and Sentence
(Under Rule 20)

I, Vladislav Anatolievich Horohorin, defendant, have been informed that an (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia in which I, Vladislav Horohorin, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: OCTOBER 1 2012 at 2:10 PM

_____
(Defendant)

_____
(Witness) BUKH ARKADY

_____
(Counsel for Defendant)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
District of Columbia

_____
United States Attorney for the
Northern District of Georgia