UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 12-CR-00221 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **VLADISLAV HOROHORIN** | : | |
| | : | |
| **Defendant.** | : | |

MOTION TO DISMISS
COUNTS SEVENTEEN - TWENTY-ONE OF THE INDICTMENT

The United States of America hereby moves to dismiss Counts Seventeen - Twenty One of the Indictment against Vladislav Horohorin. In support of its motion, the government states as follows:

1. Mr. Horohorin was sentenced on April 5, 2013.

2. In the Plea Agreement signed by Mr. Horohorin and accepted by this Court on October 25, 2012, the government agreed to dismiss Counts 17, 18, 19, 20 and 21 of the Indictment at the time of sentencing. *See* Plea Agreement at p. 2.

WHEREFORE, pursuant to the terms of the Plea Agreement, the government now moves to dismiss Counts 17-21 of the Indictment.

Respectfully submitted,

| | |
|---|---|
| MYTHILI RAMAN | RONALD C. MACHEN Jr. |
| Acting Assistant Attorney General | United States Attorney |
| | |
| /s/ Ethan Arenson | /s/ Corbin Weiss |
| ETHAN R. ARENSON | CORBIN A. WEISS |
| Trial Attorney | Special Assistant United States Attorney |
| 1301 New York Avenue, NW | 555 4th Street, N.W., Room 58524 |
| Washington, D.C.  20530 | Washington, D.C. 20530 |
| Voice: (202) 305-9364 | Voice: (202) 514-8147 |
| E-mail: Ethan.Arenson@usdoj.gov | E-mail: Corbin.Weiss@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 12-CR-00221 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **VLADISLAV HOROHORIN** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER GRANTING MOTION TO DISMISS
## COUNTS SEVENTEEN - TWENTY-ONE OF THE INDICTMENT

The Court, having considered the government's Motion to Dismiss Counts 17-21 of the Indictment, hereby grants the motion; and it is

ORDERED this ___ of April, 2013, that Counts 17, 18, 19, 20 and 21 of the Indictment are hereby DISMISSED.

_____
Hon. Ellen Segal Huvelle
United States District Judge