**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

APR 0 8 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 12-CR-00221 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **VLADISLAV HOROHORIN** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER GRANTING MOTION TO DISMISS
## COUNTS SEVENTEEN - TWENTY-ONE OF THE INDICTMENT

The Court, having considered the government's Motion to Dismiss Counts 17-21 of the Indictment, hereby grants the motion; and it is

ORDERED this ___ of April, 2013, that Counts 17, 18, 19, 20 and 21 of the Indictment are hereby DISMISSED.

_____
Hon. Ellen Segal Huvelle
United States District Judge