Vladislav Anatolievich Horohorin
Reg. No. 32133-016
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ 08640

November 6, 2013

**The Honorable Judge Ellen Huvelle**
United States District Court
District of Columbia
E. Barrett Prettyman United States Courthouse,
333 Constitution Ave. N.W.
Room 1225
Washington, DC 20001

**FILED**
NOV 18 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Let this be filed*
*ESH 11/18/13*

Re: Clarification of Judgment    12-CR-221(ESH)

Your Honor,

    Upon receipt of my sentence calculation as prepared by the Bureau of Prisons I am of the opinion that there is an error in the calculation concerning which sentences are to be served concurrently.

    Specifically, the Bureau has calculated there being a 50-month sentence in Case. No. 12-CR-221 and another sentence of 88-months in Case No. 09-CR-305, the two running consecutive for a total sentence of 138-months.

    Review of the written judgments, in my opinion, indicate that the sentences were indeed ORDERED to be served concurrently. This position is supported by a press release issued by the Department of Justice (see attached copy) where it is reported that I received a sentence of 88-months.

    I respectfully ask that Your Honor review the Judgments that are involved in this matter and either inform me that I am incorrect in my assessment of the total amount of time intended by Your Honor, or advise the Bureau that they are incorrectly calculating the total sentence imposed.

    I respectfully thank you for your attention to this matter.

By: _____



THE UNITED STATES
DEPARTMENT of JUSTICE

» Briefing Room » Justice News

**JUSTICE NEWS**

## Department of Justice

Office of Public Affairs

FOR IMMEDIATE RELEASE          Friday, April 5, 2013

### International Credit Card Trafficker Sentenced to 88 Months in Prison

Vladislav Anatolievich Horohorin, aka "BadB," was sentenced today to serve 88 months in prison for trafficking in millions of stolen credit and debit cards and for his role in the theft of more than $9 million dollars from an Atlanta-based credit card processor.

The sentence was announced by Acting Assistant Attorney General Mythili Raman of the Justice Department's Criminal Division, U.S. Attorney for the District of Columbia Ronald C. Machen Jr., U.S. Attorney for the Northern District of Georgia Sally Quillian Yates, U.S. Secret Service Assistant Director for Investigations David J. O'Connor and Special Agent in Charge Mark F. Giuliano of the FBI's Atlanta Field Office.

Horohorin, 30, a citizen of Russia, Israel and Ukraine, was sentenced by U.S. District Judge Ellen S. Huvelle in the District of Columbia. In addition to his prison term, Horohorin was ordered to pay $125,739 in restitution and sentenced to two years of supervised release.

Horohorin was indicted by a federal grand jury in the District of Columbia in November 2009 on charges of access device fraud and aggravated identity theft. In a separate investigation, a federal grand jury in the Northern District of Georgia returned a superseding indictment against Horohorin in August 2010, charging him with conspiracy to commit wire fraud, wire fraud and access device fraud. In August 2010, French law enforcement authorities, working with the U.S. Secret Service, identified Horohorin in Nice, France, and arrested him as he was attempting to board a flight to return to Moscow. Horohorin was extradited to the United States on June 6, 2012. After Horohorin's arrival in the United States, the two cases pending against him were consolidated in Washington, D.C.

On Oct. 25, 2012, Horohorin pleaded guilty to two counts of access device fraud as well as conspiracy to commit wire fraud.

According to Horohorin's plea agreement, he used online criminal forums to sell stolen credit and debit card information, known as "dumps," to online purchasers around the world. Horohorin, using the online name "BadB," advertised the availability of stolen credit and debit card information through these online forums and directed purchasers to create accounts at "dumps.name," a fully-automated dumps vending website operated by Horohorin and hosted outside the United States. At the time of his arrest, Horohorin possessed more than 2.5 million stolen credit and debit card numbers.

Horohorin admitted that he was one of the lead cashers in an elaborate scheme in which counterfeit payroll debit cards were used to withdraw more than $9 million from ATMs around the world. Hackers broke into the computers of a credit card processor located in the Atlanta area, stole debit card account numbers and raised the balances and withdrawal limits on those accounts while distributing the account numbers and PIN codes to cashers, like Horohorin. Horohorin, and those he recruited, used one of the stolen account numbers to withdraw more than $125,000 from ATMs in and around Moscow.

The District of Columbia case is being prosecuted by Trial Attorneys Ethan Arenson, Carol Sipperly and Corbin Weiss of the Criminal Division's Computer Crime and Intellectual Property Section (CCIPS). Weiss also serves as a Special Assistant U.S. Attorney for the District of Columbia. The District of Columbia case was investigated by the U.S. Secret Service. Key assistance was provided by the French Police Nationale Aux Frontiers and the Netherlands Police Agency National Crime Squad High Tech Crime Unit. The FBI Atlanta field office provided information helpful to the investigation.

The Northern District of Georgia case is being prosecuted by Assistant U.S Attorneys Nick Oldham and Lawrence R. Sommerfeld of the Northern District of Georgia, and Trial Attorney Sipperly of CCIPS. The Atlanta case was investigated by the FBI. Assistance was provided by numerous law enforcement partners. The U.S. Secret Service provided information helpful to the investigation.

JUSTICE.GOV en ESPAÑOL



DEPARTMENT of JUSTICE
ACTION CENTER

Report a Crime

Boston Explosions
FBI Tip Line
1-800-CALL-FBI
Boston.tips@fbi.gov

Get a Job

Locate a Prison, Inmate, or Sex Offender

Apply for a Grant

Submit a Complaint

Report Waste, Fraud, Abuse or Misconduct to the Inspector General

Find Sales of Seized Property

Find Help and Information for Crime Victims

Register, Apply for Permits or Request Records

Identify Our Most Wanted Fugitives

Find a Form

Report and Identify Missing Persons

Contact Us